# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**TAVIA WAGNER,**

      **Plaintiff,**

v.                                  **Case No: 6:21-cv-1259-PGB-DCI**

**CHRIS PAPPAS REV LIVING TRUST and DANTON INC.,**

      **Defendants.**

_____/

## ORDER

This cause is before the Court on the parties' Stipulation of Dismissal, filed October 26, 2021. (Doc. 18). The stipulation of dismissal is self-executing pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff's claims against Defendant Danton Inc. are **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to terminate Danton Inc. from the file.

**DONE AND ORDERED** in Orlando, Florida on October 27, 2021.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

Unrepresented Parties